## United States Bankruptcy Court
### Eastern District of Michigan

In re **Dustin Quarrella**  
Debtor(s)

Case No. **20-30308**  
Chapter **13**

## PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that **Cornerstone Education Group / Attn. Payroll Dept. / 306 E 4th St / Royal Oak, MI 48067** ("Payor"), at

immediately forward and make payable to: **Carl Bekofske / Chapter 13 Trustee / P.O. Box 2175 / Memphis, TN 38101-2175**

**$60.00** per ** **Bi-weekly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**Signed on February 12, 2020**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**