**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION AT FLINT**

| | |
|---|---|
| In the Matter Of: | Case No.: 20-30308-JDA |
| Dustin Quarrella | |
| SS No: XXX-XX-1823 | Chapter 13 Proceedings |
| Debtors(s) | Honorable: Joel D. Applebaum |

---

### PETITION TO RELEASE CORNERSTONE EDUCATION GROUP FROM MAKING PAYMENTS TO THE TRUSTEE

---

**NOW COMES** the Standing Chapter 13 Trustee at Flint who states that debtor has successfully performed all duties required under the Chapter 13 Plan.

**WHEREFORE**, the Standing Chapter 13 Trustee requests an Order Releasing CORNERSTONE EDUCATION GROUP from making further payments pursuant to the Payment Order which was filed as a result of the commencement of these proceedings.

Dated: 6/22/2023

/s/ Carl L. Bekofske
Carl L. Bekofske
Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331
Flint, MI 48502-2045
(810) 238-4675
Fax: (810) 238-4712
ECF@flint13.com
P-10645